**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01058-CV

### SHARON D. LEWIS AND ALL OTHER OCCUPANTS OF
### 608 MULBERRY LANE, DE SOTO, TEXAS 75115, Appellants

### V.

### AH4R1 TX DFW, LLC, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01305-C**

## ORDER

Before the Court is appellants' expedited and unopposed motion to release funds held as bond. In the motion, appellants state that the trial court had set a supersedeas bond in the amount of $1,100.00 to be paid monthly into the registry of the court. Appellant paid the funds for three months, in the total amount of $3,300.00. On July 9, 2013, appellee obtained a writ of possession from the trial court and appellants have since vacated the premises. Appellants now seek a return of the $3,300.00 paid into the registry of the court. Appellee does not oppose the motion.

We **GRANT** appellants' motion to release funds held as bond. We **ORDER** John Warren, Dallas County Clerk, to release to Sharon Lewis the $3,300.00 held in the registry of the

court less any required fees and/or costs.  We further **ORDER** John Warren to provide this Court, **within fifteen days of the date of this order**, with written verification of compliance with this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to John Warren and all counsel of record.


/s/     ELIZABETH LANG-MIERS
        JUSTICE